NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PATRICK HENRY ALSTON,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case Nos. 2D17-727
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____      )

Opinion filed April 4, 2018.

Appeal from the Circuit Court for
Hillsborough County; Chet A. Tharpe,
Judge.

Howard L. Dimmig, II, Public Defender and
Richard P. Albertine, Jr.,Assistant Public
Defender, Bartow, for Appellant.

Patrick Henry Alston, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

            Affirmed.

KHOUZAM, LUCAS, and SALARIO, JJ., Concur.